UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF NOVELLE DUMAS and HENRY DUMAS, AS OWNERS OF A 2020 21' BENNINGTON MARINE PONTOON BOAT, HIN # ETWH6560H920, FLORIDA VESSEL REGISTRATION NUMBER FL7429SN, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | CASE NO. 5:24-cv-00649-RBD-PRL |

**MONITION AND INJUNCTION**

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR
THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA:

WHEREAS a Petition for Exoneration From or Limitation of Liability was filed in the United States District Court for the Middle District of Florida on December 3, 2024, by NOVELLE DUMAS and HENRY DUMAS, as Owners of a 2020 21' Bennington Marine Pontoon Boat, HIN # ETWH6560H920, Florida Vessel Registration Number FL7429SN ("Limitation Vessel"), claiming the benefit of exoneration from or limitation of liability according to law and as provided in 46 U.S.C. §30501 *et seq.* and Supplemental Rule F, and the statutes supplemental thereto and amendatory thereof, and also contesting liability independently of the limitation of liability claimed in said Petition for any loss, damage or injury arising out of or occurring on or about February 10, 2024, as described in the Petition for Exoneration from or Limitation of Liability, and said Petition also stating the facts and circumstances upon which said exoneration from or limitation or liability is claimed, and Ad Interim Stipulation for Value, executed for no

more than the amount of $26,200.00 U.S. Dollars, plus interest thereon at six percent (6%) per annum having been filed herein, and

WHEREAS, this Court has Ordered that said Ad Interim Stipulation for Value is approved and shall stand as security for all claims against Petitioners and the Vessel in this proceeding, and

WHEREAS, this Court has Ordered that Monitions issue out of and under the seal of this Court against all persons claiming damages for any and all loss, damage or injury arising out of or occurring on or about February 10, 2024, on navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, citing them to appear before and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon attorneys for the Petitioner **on or before February 26, 2025**, and directing that any such persons, or their representatives, claiming damages as aforesaid who shall desire to contest the claim of Petitioners, shall answer said Petition, and

WHEREAS the Petitioners seeks protection against suits outside of this limitation proceeding as permitted by 46 U.S.C. § 30501 *et seq.,* and Supplemental Rule F, and the Court having granted an injunction against such suits,

YOU ARE, THEREFORE, COMMANDED to cite all persons claiming damages for any and all loss, damage, injury, and destruction arising out of or occurring on or about February 10, 2024 in the navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, to appear before this Honorable Court and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon J. Michael Pennekamp and Adam B. Cooke, Esq. of FOWLER WHITE BURNETT, P.A., Attorneys for Petitioner, 1395 Brickell Ave, 14th Floor, Miami, FL 33131, **on or before February 26, 2025**, and if any such persons or their personal representatives shall desire to

contest the claims of Petitioners, to file an Answer to said Petition for Exoneration from or Limitation of Liability on or before the said date, or within such further time as this Court may grant, and to have such other and further relief as may be due them.

AND what you have done in the premises do you then make return to this Court together with this Writ.

DONE and ORDERED in Ocala, Florida on December 13, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies: Counsel of Record