UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NOVELLE DUMAS; and HENRY
DUMAS,

    Petitioners,

v.                                            Case No. 5:24-cv-649-RBD-PRL

UNKNOWN CLAIMANTS; and
FARRELL ADKINS,

    Respondents.
_____

## ORDER

In this admiralty case for exoneration from or limitation of liability, the deadline for potential claimants to file a claim was February 26, 2025. (Doc. 11.) To date, Farrell Adkins is the only claimant to file a claim or answer. (*See* Docs. 17, 19, 24.) With the claim deadline passed, Clerk's default was entered against all non-responding claimants (Doc. 30) and Petitioners now move for a default judgment (Doc. 44). On referral, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation (Doc. 49 ("R&R")) submitting that the Court should grant the motion. The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 49) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 44) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a final default judgment in favor of Petitioners Novelle Dumas and Henry Dumas and against all persons and entities that did not file a claim in this action by the February 26, 2025 deadline.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 23, 2025.



ROY B. DALTON, JR.
United States District Judge